848

General of Illinois, and *William C. Wines*, Assistant Attorney General, for respondent.

No. 379, Misc. BENNETT *v.* STEWART, WARDEN. Supreme Court of Missouri. Certiorari denied. Petitioner *pro se. J. E. Taylor*, Attorney General of Missouri, and *Tyre W. Burton*, Assistant Attorney General, for respondent.

No. 418, Misc. MORTON *v.* WELCH, SUPERINTENDENT. C. C. A. 4th. Certiorari denied. 

No. 429, Misc. RAWLS *v.* UNITED STATES. C. C. A. 10th. Certiorari denied. Petitioner *pro se. Solicitor General Perlman, Assistant Attorney General Quinn, Robert S. Erdahl* and *Joseph M. Howard* for the United States. 

No. 431, Misc. KING *v.* UNITED STATES. C. C. A. 8th. Certiorari denied. *Wm. J. Fanning* for petitioner. *Solicitor General Perlman, Assistant Attorney General Quinn, Robert S. Erdahl* and *Joseph M. Howard* for the United States. 

No. 447, Misc. WILSON *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied. *Harry C. Barron* for petitioner. 

No. 448, Misc. WILLIS *v.* HUNTER, WARDEN. C. C. A. 10th. Certiorari denied. Petitioner *pro se. Solicitor General Perlman, Assistant Attorney General Quinn, Robert S. Erdahl* and *Philip R. Monahan* for respondent. 

No. 449, Misc. BLOOM *v.* RAGEN, WARDEN. Circuit Court of Lake County, Illinois. Certiorari denied.